Jonathan G. Fetterly (CA State Bar No. 228612)
jon.fetterly@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 2500
San Francisco, California 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

*Attorney for Defendants Asia-Global Renewable Energy Corp., DJL Mining, LLC, and DJL Mining Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eferton DMCC,<br><br>        Plaintiff,<br><br>    vs.<br><br>Asia-Global Renewable Energy Corp., Terry Hou, DJL Mining, LLC, and DJL Mining Corp.,<br><br>        Defendants. | Case No. 2:15-CV-9295<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (FED R. CIV. P. 7.1)** |

1  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant DJL Mining Corp. submits the following corporate disclosure statement:

     DJL Mining Corp. has no parent corporation and there is no publicly-held corporation that owns 10 percent or more of the stock of DJL Mining Corp.

Dated: July 27, 2016                         BRYAN CAVE LLP

                                                By: _____
                                                   Jonathan G. Fetterly

                                                *Attorney for Defendants Asia-Global Renewable Energy Corp., DJL Mining, LLC, and DJL Mining Corp.*

BRYAN CAVE LLP
560 MISSION STREET, 2500
SAN FRANCISCO, CALIFORNIA 94105

1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

6662847.1

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, California 94105.

On July 27, 2016, I served the foregoing document, described as:

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**
**(FED R. CIV. P. 7.1)**

on each interested party in this action, as follows:

Catherine L. Carlisle
Nathan M. McClellan
Christopher S. Ruhland
DECHERT LLP
US Bank Tower
633 West 5th Street
37th Floor
Los Angeles, CA  90071
Email: nathan.mcclellan@dechert.com
       catherine.carlisle@dechert.com
       christopher.ruhland@dechert.com

☒ (BY ELECTRONIC SERVICE)  I caused a true copy of the foregoing document(s) to be served by electronic transmission to each interested party shown through e-mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2016, at San Francisco, California.

_____
Marilou P. Sana

274168.5