**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFERTON DMCC,<br><br>                              Plaintiff,<br>          v.<br><br>ASIA GLOBAL RENEWABLE<br>ENERGY CORP., et al.,<br><br>                              Defendant. | Case No.  CV-15-9295-R<br><br>**ORDER OF DISMISSAL** |

THE COURT having been advised by Plaintiff Eferton DMCC and Defendants Asia-Global Renewable Energy Corp., DJL Mining LLC, and DJL Mining Corp., by and through their respective counsel, that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  IT IS FURTHER ORDERED that all dates set in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated__December 5, 2016_____

_____
MANUEL L. REAL
United States District Judge