CHRISTOPHER S. RUHLAND (SBN 175054)
Email: christopher.ruhland@dechert.com
NATHAN M. MCCLELLAN (SBN 291435)
Email: nathan.mcclellan@dechert.com
ANNA DO (SBN 281327)
Email: anna.do@dechert.com
NICOLE C. DELGADO (SBN 307848)
Email: nicole.delgado@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2013
Telephone: +1 213 808 5700
Facsimile: +1 213 808 5760

Attorneys for Plaintiff
Eferton DMCC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eferton DMCC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Asia-Global Renewable Energy Corp., et al.,<br><br>　　　　　Defendants. | Case No. 2:15-CV-9295-R-SP<br><br>**CONSENT JUDGMENT**<br><br>Hon. Manuel L. Real |

Plaintiff Eferton DMCC ("Plaintiff") filed its First Amended Complaint on June 30, 2016, asserting claims against defendants Asia-Global Renewable Energy Corp., DJL Mining LLC, and DJL Mining Corp. (the "DJL Defendants") for (1) fraud; (2) civil conspiracy; (3) negligent misrepresentation; (4) breach of express warranty; and (5) violation of Cal. Bus. & Prof. Code § 17200 et seq.

A. Plaintiff and the DJL Defendants admit that the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, and that venue lies in the United States District Court, Central District of California, pursuant to 28 U.S.C. § 1391(b) and (c).

B. Plaintiff and the DJL Defendants agree to the entry of this Consent Judgment. The parties further agree that this Consent Judgment, once entered, shall fully resolve all claims of Plaintiff asserted against the DJL Defendants in this lawsuit. This Consent Judgment is part of the parties' settlement of this matter.

C. The DJL Defendants make no admissions to the allegations in the First Amended Complaint, other than to the jurisdictional facts.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in the amount of $5,000,000 is hereby entered against the DJL Defendants for negligence. All of the counts contained in the First Amended Complaint against the DJL Defendants are dismissed with prejudice.

2. Plaintiff and the DJL Defendants shall each bear their own costs, expenses, and attorneys' fees incurred in connection with any stage of this proceeding.

3. The DJL Defendants waive all rights to seek appellate review or otherwise challenge or contest the validity of this Consent Judgment.

4. This Consent Judgment is separate from the Default Judgment that this Court has ordered be entered as to Defendant Terry Hou. The DJL Defendants are

///

///

not jointly and severally liable with Terry Hou.

The Court directs the entry of this Consent Judgment as a final order.

Dated:     December 16, 2016

_____
UNITED STATES DISTRICT JUDGE

Entry of this Consent Judgment is consented to by:

DECHERT LLP


 /s/
_____
Christopher S. Ruhland
*Counsel for Plaintiff Eferton DMCC*


BRYAN CAVE

 /s/
_____
Jonathan Fetterly
*Counsel for Defendants Asia-Global Renewable Energy Corp., DJL Mining Corp., and DJL Mining LLC*